UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 11-10497-MMM(OPx) |
| Date | January 20, 2012 |

| | |
|---|---|
| Title | Winchells Franchising LLC v. Nabil Idris et al |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   Order to Show Cause re Copyright, Patent, and Trademark Reporting Requirements

   On December 20, 2011, the Clerk's Office sent a notice to plaintiff's counsel re copyright, patent, and trademark reporting requirements.  As of today's date, the plaintiff has not filed the required AO-120 and/or AO-121 form(s).

   The court hereby orders counsel to show cause in writing, on or before **January 27, 2012**, why this case should not be dismissed, without prejudice, for failure to comply with this requirement. The order to show cause will stand submitted upon the filing of counsel's response.  The parties may file the required form(s) as a satisfactory response to this order.